UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TINA CATES,<br><br>                     Plaintiff,<br>     v.<br>BRUCE D. STROUD, et al.,<br><br>                     Defendants. | Case No. 2:17-cv-01080-GMN-PAL<br><br>ORDER<br><br>(Mot Cont SC and Excuse – ECF No. 32) |

Before the court is Defendants' Motion to Reschedule the Settlement Conference and Excuse Personal Appearance of Defendant James Dzurenda (ECF No. 32). The court has considered the motion and plaintiff's Response (ECF No. 33).

Defendants request that the settlement conference currently scheduled for July 19, 2018, be continued to a different date as Nevada Tort Claims Manager, Nancy Katafias and Warden Brian Williams both have prior commitments on that date. Suggested alternative dates to conduct the settlement conference were provided.

Defendants also request that Director Dzurenda be excused from participating in the settlement conference as his only involvement in this matter relates to a letter faxed to him by plaintiff's counsel seeking an investigation into the termination of plaintiff's visitation privileges. That same letter was also given to Warden Williams who will be in attendance at the settlement conference. There are no allegations that Director Dzurenda personally participated in the investigation or plaintiff's termination of visitation privileges. As such, Director Dzurenda lacks specific information that would assist in facilitating settlement discussions. Furthermore, his attendance would disrupt his work responsibilities which include administration of all NDOC institutions and facilities and create a burden on NDOC. Finally, his interests can be represented by an authorized representative of the NDOC and counsel. As Director Dzurenda's absence will

1

not impede any possible resolution of this matter, defendants request that Director Dzurenda be excused from participating in the settlement conference.

Plaintiff does not object to continuing the settlement conference to one of the dates listed in defendant's motion. However, plaintiff opposes the request to excuse Director Dzurenda from the attendance arguing that defendants have given no valid reasons for it and Director Dzurenda has failed to provide an affidavit or declaration on how attending the settlement conference will disrupt his work responsibilities or burden on NDOC. If a scheduling conflict exists, then the conflict can be resolved by rescheduling to one of the dates proposed by the defendants.

Regarding the letter forwarded to Director Dzurenda and Warden Williams, while Williams may be able to elaborate on his very own position with respect to the letter, he cannot elaborate on Director Dzurenda's position and therefore is not a suitable substitute. Alternatively, plaintiff requests that Director Dzurenda be allowed to participate telephonically at the settlement conference as the effectiveness and efficiency of a settlement conference is increased with the involvement of all parties involved.

Having reviewed and considered matter,

**IT IS ORDERED** that**:**

1. Defendants' Motion to Reschedule the Settlement Conference (ECF No. 32) is **GRANTED**, and the settlement conference currently scheduled for July 19, 2018, at 1:30 p.m., is **VACATED** and **CONTINUED** to 9:30 a.m., July 25, 2018.
2. Defendant's Motion to Excuse Director Dzurenda from the Settlement Conference (ECF No. 32) is **GRANTED**.

DATED this 6th day of June, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE