AARON D. FORD
 Attorney General
D. RANDALL GILMER (Bar No. 14001)
 Chief Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada  89101
(702) 486-3095 (phone)
(702) 486-3773 (fax)
Email: DGilmer@ag.nv.gov

*Attorneys for Defendants*
*James Dzurenda, Arthur Emling, Jr.,*
*Mayra Laurian and Brian Williams, Sr.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TINA CATES, | Case No. 2:17-cv-01080-GMN-PAL |
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF TIME** |
| BRUCE D. STROUD, *et al.*, | |
| Defendants. | |

Defendants, Brian Williams, Sr., James Dzurenda, Arthur Emling, Jr., and Mayra Laurian, by and through counsel, Aaron D. Ford, Nevada Attorney General, and D. Randall Gilmer, Chief Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby submit this Stipulation for Extension of Time. In support thereof, Defendant states as follows:

1. On March 1, 2023, Plaintiff filed its Rule 60(b) Motion for Reconsideration.
2. Defendants understand its deadline to respond to Plaintiff's Rule 60(b) Motion for Reconsideration is due March 15, 2023.
3. Mr. Henry Kim is no longer with the Nevada Office of Attorney General.
4. Mr. D. Randall Gilmer, who at the time has taken over the case, has a pre-planned family obligation the week of March 13 through March 17.

5. In addition, Mr. Gilmer is scheduled for two settlement conferences and one arbitration hearing during the week of March 6th. Each of these respective matters are expected to last all, if not most of the workday.

Accordingly, the parties have agreed, stipulated, and seek Court approval to extend the Defendant's deadline to respond to Plaintiff's Rule 60(b) Motion for Reconsideration for 30 days from the date March 15, 2023 to April 15, 2023.

**IT IS SO AGREED AND STIPULATED.**

DATED this 7th day of March, 2023.

| | |
|---|---|
| Office of the Attorney General<br>State of Nevada | Gallian Welker & Associates, L.C. |
| By: /s/ D. Randall Gilmer<br>Aaron D. Ford, Attorney General<br>D. Randall Gilmer, Chief Deputy<br>Attorney General<br>Nevada Bar No. 14001<br>555 E. Washington Ave., Ste. 3900<br>Las Vegas, Nevada 89101<br>Tele: (702) 486-3095<br>E-mail: DGilmer@ag.nv.gov<br>*Attorneys for Defendants Brian Williams, Sr., James Dzurenda, Arthur Emling, Jr., and Mayra Laurian* | By: /s/ Travis Barrick<br>Travis Barrick, Esq.<br>Nevada Bar No. 9257<br>730 Las Vegas Blvd. S. Ste. 104<br>Las Vegas, Nevada 89101<br>Tele: 702-892-3500<br>Email: tbarrick@vegascase.com<br><br>*Attorneys for Plaintiff Tina Cates* |

**ORDER**

**IT IS SO ORDERED.**

Dated this __8__ day of March, 2023.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT