Travis N. Barrick, #9257
Gallian Welker & Associates, L.C.
730 Las Vegas Blvd. S., #104
Las Vegas, Nevada 89101
Telephone: (702) 892-3500
Facsimile: (702) 386-1946
tbarrick@vegascase.com
Attorneys for Plaintiff Tina Cates

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| TINA CATES,<br><br>            Plaintiff,<br><br>     v.<br><br>BRUCE D. STROUD, et al.,<br><br>            Defendants. | Case No. 2:17-cv-01080-GMN-PAL<br><br>**STIPULATION FOR EXTENSION OF TIME** |

Plaintiff Tina Cates ("Ms. Cates"), through her attorneys of the law firm of Gallian Welker & Associates, L.C., and Defendants, through their attorneys at the Office of Attorney General hereby submit this Stipulation for Extension of Time.

In support thereof, they state the following:

On 3/1/23, Ms. Cates filed her Rule 60(b) Motion for Reconsideration (ECF No. 49).

On 3/7/23, counsel for the parties submitted their Stipulation for Extension of Time of 30 days for the Defendants to submit their Response, (ECF No. 51) whereby their Response became due on 4/15/23.

On 4/15/23, the Defendants filed their Response (ECF No. ), whereby Ms. Cates' Reply became due on 4/22, 23.

Out of consideration of each other's caseload, counsel for the parties have

agreed that a 14-day extension for Ms. Cates' to file her Reply would produce no prejudice to either party and allow Mr. Barrick to provide full briefing on complicated arguments raised in Defendants' Response. Ms. Cates' Reply would become due on 5/5/23.

| DATED this 21st day of April 2023.<br><br>By: ___/s/ Travis N. Barrick_____<br>Travis N. Barrick, Esq.<br>Gallian Welker & Associates, L.C.<br>Attorneys for Plaintiff Tina Cates | DATED this 21st day of April 2023.<br><br>By: ___/s/ D. Randall Gilmer_____<br>D. Randall Gilmer, Esq.<br>Chief Deputy Attorney General<br>Nevada Attorney General's Office<br>Attorneys for Respondents |
|---|---|

IT IS SO ORDERED.

DATED this 21 day of April 2023.

By: _____
DISTRICT COURT JUDGE